AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ PENNSYLVANIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

MARSHA HASSINGER

| | |
|---|---|
| Case Number: | 1:03-CR-0250-14 |
| USM Number: | 12031-067 |
| David T. Kluz | |
| Defendant's Attorney | |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)  Mandatory & Standard #15  of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | The offender shall refrain from any unlawful use of a controlled substance. | March 8, 2007 |
| Standard Condition #15 | The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the Probation Officer, until such time as the defendant is released from the program by the Probation Officer. | March 8, 2007 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:  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 | March 8, 2007 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth:  November 8, 1968 | |
| | Signature of Judge |
| Defendant's Residence Address: | |
| 332 South Brown Street | |
| Lewistown, PA 17044 | CHRISTOPHER C. CONNER, United States District Judge |
| | Name and Title of Judge |
| | 3/8/07 |
| | Date |
| Defendant's Mailing Address: | |
| Same as above. | |

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:      MARSHA HASSINGER]
CASE NUMBER:    1:03-CR-0250-14

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :      Eight (8) Months.

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at   _____   ☐ a.m.   ☐ p.m.   on   _____ .

☐   as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X   before 2 p.m. on   __Monday, March 19, 2007__   .

X   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on   _____   to   _____

a _____ with a certified copy of this judgment.

_____
                                    UNITED STATES MARSHAL

By   _____
                                    DEPUTY UNITED STATES MARSHAL